UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA ROBINSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEVELOPMENTAL DIRECTIONS et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 15-1839 (SRC)<br><br>OPINION |

**CHESLER**, District Judge

　　This matter comes before the Court on the application filed by Plaintiff Sandra Robinson to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court has already determined that Plaintiff qualifies for in forma pauperis status.  The Court now examines Plaintiff's Complaint, and may dismiss it if legally insufficient.  28 U.S.C. § 1915(e)(2).  Here, Plaintiff seeks judicial review of a county housing authority decision to terminate her Section 8 housing assistance. The relevant regulation, 28 C.F.R. § 982.552, allows a housing authority to terminate Section 8 housing assistance under certain circumstances.  It does not, however, give Plaintiff any private right of action against the housing authority, nor right to judicial review.  See also Rodgers v. Garland Hous. Agency, 2001 U.S. Dist. LEXIS 12777, *8-*10 (N.D. Tex. Aug. 21, 2001) (no right to judicial review or private right of action for Section 8 assistance termination).  As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and she has failed to state a facially plausible claim for relief.  Pursuant to 28 U.S.C. § 1915, the Complaint will be dismissed with prejudice for failure to state a valid claim for relief.

　　　　　　　　　　　　　　　　　　　　　　　  s/Stanley R. Chesler　　　　　　
　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER, U.S.D.J.

Dated: April 10, 2015